# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LONGHORN AUTOMOTIVE GROUP LLC, | Case No. 2:24-cv-00554-JRG-RSP (LEAD CASE) |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| HYUNDAI MOTOR COMPANY and KIA CORPORATION, | |
| Defendants. | |

## NOTICE OF COMPLIANCE

Pursuant to Local Rule CV-26(c), the Court's Scheduling Order (Dkt. 13), and the Agreed Docket Control Order proposed in this matter (Dkt. 25-1), Plaintiff Longhorn Automotive Group LLC notifies the Court that it served Initial and Additional Disclosures on all counsel of record for Defendants Hyundai Motor Company and Kia Corporation via e-mail on November 29, 2024.

Dated: November 29, 2024

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road, Suite 206 South
Rye, NY 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway
Short Hills, NJ 07078
Telephone: (201) 341-9445
Facsimile: (973) 535-0921

Justin Kurt Truelove
TX State Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510
Email: kurt@truelovelawfirm.com

*ATTORNEYS FOR PLAINTIFF LONGHORN AUTOMOTIVE GROUP LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2024, a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III