IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LONGHORN AUTOMOTIVE GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR COMPANY AND KIA CORPORATION,<br><br>Defendants. | CASE NO. 2:24-cv-00554-JRG<br>(Lead Case) |
| LONGHORN AUTOMOTIVE GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN MOTOR CO., LTD.<br><br>Defendant. | CASE NO. 2:24-cv-00397-JRG<br>(Member case) |

**NOTICE OF COMPLIANCE**

Pursuant the Court's Scheduling Order (Dkt. 13), Defendant Nissan Motor Co., Ltd. hereby notifies the Court that it served its Initial and Additional Disclosures on Plaintiff's counsel via electronic mail on November 29, 2024.

1

| | |
|---|---|
| Dated: December 2, 2024 | By:   */s/ Melissa R. Smith* |

        Melissa R. Smith
        **GILLAM & SMITH LLP**
        303 South Washington Avenue
        Marshall, TX 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257
        melissa@gillamsmithlaw.com

        Pavan K. Agarwal
        **FOLEY & LARDNER LLP**
        3000 K Street, N.W., Suite 600
        Washington, DC 20007-5109
        Telephone: 202-672-5300
        Facsimile: 202-672-5399

        R. Spencer Montei
        **FOLEY & LARDNER LLP**
        321 North Clark Street, Suite 3000
        Chicago, Illinois 60654-4762
        Telephone: 312-832-4500
        Facsimile: 312-832-4700

        ***Attorneys for Defendant Nissan Motor Co., Ltd.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 2, 2024.

                                                                                 */s/ Melissa R. Smith*
                                                                                 Melissa R. Smith