UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LONGHORN AUTOMOTIVE GROUP LLC,<br><br>               *Plaintiff,*<br><br>    v.<br><br>HYUNDAI MOTOR COMPANY and KIA CORPORATION,<br><br>               *Defendants.* | Case No. 2:24-cv-00554-JRG<br><br>LEAD CASE |

**DEFENDANTS HYUNDAI MOTOR COMPANY AND KIA CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Hyundai Motor Company ("HMC") and, Kia Corporation ("Kia") (collectively "Defendants"), state as follows:

Hyundai Mobis owns 10% or more of HMC's stock. No other publicly held corporation owns 10% or more of HMC's stock.

HMC owns 10% or more of Kia's stock. No other publicly held corporation owns 10% or more of Kia's stock.

1

Dated: December 20, 2024          Respectfully submitted,

*/s/ Ryan Yagura*
Ryan Yagura (TX #24075933)
ryagura@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Melissa R. Smith (TX #24001351)
meliassa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants Hyundai Motor Company and Kia Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 20, 2024.

    */s/ Ryan K. Yagura*
    Ryan K. Yagura