IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LONGHORN AUTOMOTIVE GROUP LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> HYUNDAI MOTOR COMPANY AND KIA § <br> CORPORATION, § <br> § <br> *Defendants*. § <br> § | | CIVIL ACTION NO. 2:24-cv-00554-JRG <br> (LEAD CASE) |
| LONGHORN AUTOMOTIVE GROUP LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> NISSAN MOTOR CO., LTD., § <br> § <br> *Defendant*. § | | CIVIL ACTION NO. 2:24-cv-00397-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to File Response (the "Motion") filed by Defendant Nissan Motor Co., Ltd. ("Defendant"). (Dkt. No. 56.) In the Motion, Defendant requests an extension of time to file its Reply in support of its Motion to Dismiss until February 7, 2025. (*Id*. at 1.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Defendant to file its Reply is **extended** up to and including February 7, 2025.

**So ORDERED and SIGNED this 24th day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE